

# The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 8588
Date: 12/22/2025
Due On: 01/21/2026

P.O. Box 13767
Jackson, MS 39236
United States

Rhonda Charlene Ashley

## 04796-Ashley Rhonda Charlene

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 02/06/2024 | Draft fee application and proposed order | 0.20 | $360.00 | $72.00 |
| Service | JC | 02/06/2024 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; prepared all for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/09/2024 | Review: 23-01003-JAW Order on Application for Compensation Document #39 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/06/2024 | Reviewed e-mail from debtor inquiring about trading in vehicle; drafted reply informing of process of surrendering vehicle and filing a motion to incur debt. | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/29/2024 | Review: 23-01003-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/06/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing she is going to have (Redacted Medical) and inquiring her options; drafted reply informing about suspending one or two months plan payments. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/26/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor regarding her upcoming (Redacted | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | medical) and inquiring if she can suspend 3 months; drafted reply informing we can suspend 2 months, and inquiring if she wants me to go ahead and request for April and May to be suspended, that it takes the Court about a month to enter its Order. | | | |
| Service | JC | 02/26/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if she should wait until after her doctor's appointment to decide about her suspension; drafted reply that it is up to her, but to bear in mind that it takes about a month for the Court to enter its Order. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/28/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing her surgery is April 3rd and inquiring is we can start 2 months after that; drafted reply inquiring if she means she wants to suspend April and May payments. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/03/2025 | Reviewed e-mail from debtor confirming she wants to suspend April and May payments; reviewed docket for previous modifications/ suspensions - none; drafted Motion to Suspend; drafted e-mail to TR attaching same and explaining the situation | 0.40 | $155.00 | $62.00 |
| Service | TR | 03/03/2025 | Approve motion | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/04/2025 | Reviewed memo from TR regarding Motion to Modify and proposed Order; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/04/2025 | Reviewed Declaration of Mailing Notice and Motion to Suspend and prepared for filing with the Court along with proposed Order. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/10/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor with attached Motion to Suspend and inquiring if she needs to do anything; reviewed docket for possible hearing; drafted reply informing she does not need to do anything and that the Court will enter its Order after March | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | 25th. |  |  |  |
| Service | TR | 03/10/2025 | Review email from mortgage company about arrears - send instructions to JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/12/2025 | Call Debtor: Called debtor, left voicemail, drafted text message inquiring about her mortgage payments while she is out on medical leave. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/13/2025 | Reviewed text message from debtor informing that she will continue to pay her mortgage payments while she is on medical leave, and that she is currently only due for March; she provided her receipt for her February payment; drafted e-mail to Renasant Bank informing same and attaching receipt. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/14/2025 | Contact Debtor (Text/Email): Reviewed e-mail from Myra with Renasant informing they do not have February payment and that we can provide her direct number to debtor; drafted text message to debtor providing same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 03/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from Myra Webb informing that as of this morning the February and March bills of 405.23 each are still showing past due; drafted text message to debtor informing same and requesting she please contact her at her earliest convenience | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/25/2025 | Review: 23-01003-JAW Hearing Set Document# 48 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/27/2025 | Incoming Call: Reviewed e-mail from debtor informing she has been contacted several times from someone from pre-legal assets regarding past bill and is being told it is too late for bankruptcy; called debtor on two different numbers, was in the process of leaving a voicemail and debtor called back; discussed the debt - she does not remember it but it is from 2013; discussed information she gave to the caller - she gave no personal information, only our phone number and her case number; | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | informed her to keep it that way, and that it was probably a scam, and to let us know if she receives any written information; explained that it is not too late to add to bankruptcy. | | | |
| Service | JC | 03/28/2025 | Contact Debtor (Text/Email): Reviewed e-mail from Myra with Renasant informing debtor is still due Feb and March with April due next week and inquiring if she can send a loan bill detail. | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/31/2025 | Review: 23-01003-JAW Order on Motion To Suspend Plan Payments Document# 50 | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/17/2025 | Reviewed e-mail from debtor informing her check was garnished for plan payment in April and inquiring what her new payment amount will be; reviewed AO on Motion to Suspend and Release of Wages; drafted reply attaching same and informing her employer was mailed a Release of Wages on April 3 and that she probably should check with her employer; informed the trustee has not determined her new payment amount yet. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/28/2025 | Contact Debtor (Text/Email): Reviewed e-mail from Renasant Bank regarding missing mortgage payments; drafted text message to debtor regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/29/2025 | Reviewed screenshots of debtor's banking activity submitted via text message which reflect a payment of $405.23 on April 1st and a payment of $405.23 on April 11th; she said this should have her caught up until May; drafted e-mail to Myra with Renansant Bank informing same | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/29/2025 | Contact Debtor (Text/Email): Reviewed e-mail from Myra with Renasant providing payments credited to account and informing debtor is one payment delinquent; drafted text message to debtor informing same; provided phone number for her to contact Myra if she has questions. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/29/2025 | Review: 23-01003-JAW Order Upon | 0.10 | $360.00 | $36.00 |

Invoice # 8588 - 12/22/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Employer Directing Deductions from Pay Document# 54 |  |  |  |
| Service | BB | 05/29/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/16/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JC | 12/22/2025 | Reviewed 1st, 2nd, and 3rd Applications, Orders, and Invoices filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $155.00 | $77.50 |
|  |  |  |  | **Services Subtotal** |  | **$866.00** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/04/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $44.00 | $44.00 |
| Expense | 12/22/2025 | Mailing Expense - Fee Application: Mailing Expense - 4th Fee Application estimate | 1.00 | $3.50 | $3.50 |
|  |  |  | **Expenses Subtotal** |  | **$47.50** |

|  | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
|  | Jennifer Curry Calvillo | Attorney | 0.2 | $360.00 | $72.00 |
|  | Thomas Rollins | Attorney | 0.8 | $360.00 | $288.00 |
|  | Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
|  | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
|  | Jacki Curry | Non-Attorney | 3.2 | $155.00 | $496.00 |
|  |  |  |  | **Subtotal** | **$913.50** |
|  |  |  |  | **Total** | **$913.50** |

Invoice # 8588 - 12/22/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4827 | 07/01/2023 | $2,253.34 | $0.00 | $2,253.34 |
| 5412 | 11/04/2023 | $859.46 | $0.00 | $859.46 |
| 5937 | 03/07/2024 | $496.63 | $0.00 | $496.63 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8588 | 01/21/2026 | $913.50 | $0.00 | $913.50 |

| | | |
|---|---|---|
| | **Outstanding Balance** | **$4,522.93** |
| | **Total Amount Outstanding** | **$4,522.93** |

12/22/25, 2:03 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?   `10`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?   `1`   parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  | 5 |
|---|---|
| Date and Time: | Mon Dec 22 2025 14:03:38 GMT-0600 (Central Standard Time) |
| Total Pages to Print: | 10 |
| Sheets Per Envelope | 5 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                                          1.9 |
| Postage Cost: | $                                                                          0.78 |
| Total Cost: | $                                             3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED