**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rhonda Charlene Ashley**
**, Debtor**

**Case No. 23-01003-JAW**
**CHAPTER 13**

**FOURTH ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,215.00 | $38.34 | $2,253.34 | 25 | 6/30/2023 |
| $770.00 | $89.46 | $859.46 | 33 | 10/05/2023 |
| $496.00 | $0.63 | $496.63 | 39 | 02/07/2024 |
| $866.00 | $47.50 | $913.50 | n/a | n/a |
| $4,347.00 | $175.93 | $4,522.93 | | |



# INVOICE

Invoice # 4827
Date: 06/01/2023
Due On: 07/01/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rhonda Charlene Ashley
2517 Upper Dr
Pearl, MS 39208

## 04796-Ashley Rhonda Charlene

## Ch 13 hourly - Rhonda

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | PL | 03/27/2023 | In person conference with client collecting General Information documents, pay, bank and tax returns. | 0.40 | $100.00 | $40.00 |
| Service | JC | 03/28/2023 | Review Credit Report and select debts to import/exclude | 0.20 | $150.00 | $30.00 |
| Service | YM | 03/28/2023 | Contact Debtor: Drafted email with credit report | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/30/2023 | Review initial documents submitted by debtor | 0.30 | $350.00 | $105.00 |
| Service | YM | 03/30/2023 | Contact Debtor: Drafted email for additional information on taxes pay and bank | 0.10 | $100.00 | $10.00 |
| Service | YM | 03/31/2023 | Contact Debtor: Drafted email to ∆ to explain what documents were needed since we are in a new month | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/03/2023 | Review and organize documents provided by debtor: upload some of March bank into client docs, Still missing several March statements. Drafted email requesting Pay pal, chime credit builder and renissance | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/06/2023 | Contact Debtor: Drafted email to get march bank and last 2 pay stubs 3/17 and 3/31 | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/06/2023 | Contact Debtor: Drafted email to ∆ to get a clearer copy of her march docs what she sent was not legible. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | YM | 04/06/2023 | Review email and update tasks: Organized Chime Credit Builder statements submitted by debtor in case file | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/10/2023 | Review email and update tasks: updated task with March bank | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/11/2023 | Contact Debtor: Drafted email to ask debtor to continue to send in bank and pay until case is filed | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/12/2023 | Review email from debtor: Uploaded a garnishment letter to client docs | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/12/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in GIP not on credit report | 0.30 | $350.00 | $105.00 |
| Service | JAC | 04/13/2023 | Review email from YM re: Questions from debtor re: plan payment. Draft and email debtor I/J, as well as explanation of what's being paid in her case | 0.30 | $350.00 | $105.00 |
| Service | YM | 04/13/2023 | Contact Debtor: Phone conversation with debtor regarding letter that was sent to her regarding her car and student loans. Reviewed letter and explained it to debtor. | 0.30 | $100.00 | $30.00 |
| Service | YM | 04/14/2023 | Review email and update tasks: reviewed email from debtor. she wants to move forward with her case | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/14/2023 | Review and respond to more questions | 0.20 | $350.00 | $70.00 |
| Service | YM | 04/17/2023 | Review email and update tasks: Reviewed current pay stubs submitted via e-mail by debtor | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/21/2023 | Review email from debtor: Reviewed three emails and updated task with court documents - Notice of Service - discovery requests | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/26/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 04/26/2023 | Meeting with client to review and sign initial papers - significant revisions needed | 1.00 | $350.00 | $350.00 |
| Service | JC | 04/27/2023 | Drafted Yellow Page information; drafted e-mail to debtor attaching same | 0.10 | $150.00 | $15.00 |
| Service | JC | 04/27/2023 | Reviewed e-mail from debtor regarding credit card; drafted reply to send statement | 0.10 | $150.00 | $15.00 |
| Service | YM | 04/27/2023 | Contact Debtor: drafted email with 341 notice with a list of possible questions from trustee | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 04/28/2023 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; uploaded to COS | 0.30 | $150.00 | $45.00 |
| Expense | YM | 04/28/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $37.74 | $37.74 |
| Service | JC | 04/28/2023 | Drafted text message to debtor to obtain judgment | 0.10 | $150.00 | $15.00 |
| Service | JC | 04/28/2023 | Reviewed Declaration of Mailing from COS and filed with Notice of Plan | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/01/2023 | Reviewed prescription reciept submitted via e-mail by debtor; drafted memo to TR attaching same | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/01/2023 | Reviewed Judgment submitted via e-mail by debtor; organized in case file | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/01/2023 | Review: 23-01003-JAW Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/01/2023 | Review: 23-01003-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $350.00 | $70.00 |
| Service | TR | 05/01/2023 | Review: Proof of Claim 23-01003-JAW MISSISSIPPI SPORTS MEDICINE AND ORTHOP Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/03/2023 | Reviewed credit card statement submitted by debtor via e-mail; reviewed matrix and case file regarding adding credit card to bankrutpcy; telephone conference with debtor regarding same; drafted memo to JAC to review adding credit card debt to bankruptcy | 0.50 | $150.00 | $75.00 |
| Service | TR | 05/04/2023 | Review: 23-01003-JAW Personal Financial Management Course (Certificate) Document# 16 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/04/2023 | Review: Proof of Claim 23-01003-JAW Credit Acceptance Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/04/2023 | Reviewed Schedule B for all bank accounts; began reviewing and organized 192 pages of documents required by trustee for meeting of creditors including bank statements and tax returns | 0.40 | $150.00 | $60.00 |
| Service | JC | 05/05/2023 | Reviewed credit counseling Certificate submitted via e-mail by debtor; reviewed docket - Certificate filed by Summit | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 05/08/2023 | Continued reviewing and organizing documents required by trustee for meeting of creditors including bank statements, pay advice, and photo ID and SS card; drafted e-mail to debtor requesting additional bank statements and pay advice | 0.20 | $150.00 | $30.00 |
| Service | JC | 05/08/2023 | Reviewed memo from JAC regarding adding credit card to debtor's bankruptcy; drafted Amended Schedule F; drafted memo to JAC to review | 0.20 | $150.00 | $30.00 |
| Service | TR | 05/08/2023 | Review: Proof of Claim 23-01003-JAW Renasant Bank Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/11/2023 | Drafted text message to debtor to submit bank statements and pay advice | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/11/2023 | Reviewed text message from debtor inquiring who to make cashier's check to; replied with name for check and address for mailing | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/12/2023 | Review: Proof of Claim 23-01003-JAW Nelnet obo Ascendium Education Solutions, Inc. Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/12/2023 | Reviewed additional documents submitted by debtor via e-mail including bank statements for 5 accounts and pay stubs; merged with existing documents; drafted e-mail and text message to debtor regarding still need Venmo bank and 04/28/23 pay | 0.40 | $150.00 | $60.00 |
| Service | JC | 05/12/2023 | Reviewed text message and email from debtor regarding Venmo account closed and sending bank statement; added to existing documents; drafted e-mail send bank, pay, tax, photo ID, and SS card to trustee; organized all in case file | 0.20 | $150.00 | $30.00 |
| Service | JC | 05/16/2023 | Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/17/2023 | Drafted e-mail via Panda Docs to obtain debtor's signature on Amended Schedule | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/18/2023 | Review: Proof of Claim 23-01003-JAW Capital One N.A. Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/18/2023 | Review: Proof of Claim 23-01003-JAW Capital One N.A. Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/18/2023 | Drafted text message to debtor with link to sign Amended Schedule/Matrix | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/22/2023 | Review: Proof of Claim 23-01003-JAW MERRICK BANK Document # 7 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 05/23/2023 | Prepare for and attend 341 meeting | 0.20 | $350.00 | $70.00 |
| Service | JC | 05/24/2023 | Reviewed Amended Schedule executed by debtor received via e-mail from Panda Docs; redrafted through Citrix and filed; drafted Notice of Amendment; reviewed Meeting of Creditors and Plan to attach to Notice; filed Notice with attachments and prepared same along with envelope for mailing | 0.40 | $150.00 | $60.00 |
| Expense | JC | 05/24/2023 | Postage: Notice of Amendment to Credit One | 1.00 | $0.60 | $0.60 |
| Service | JC | 05/25/2023 | Reviewed text message from debtor regarding confirmation of case; drafted reply hearing is 06/26/23 | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/30/2023 | Reviewed itemizations and made suggested revisions, prepared same for TR's review | 0.30 | $150.00 | $45.00 |
| Service | TR | 05/30/2023 | Review and approve itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.3 | $350.00 | $455.00 |
| Thomas Rollins | Attorney | 2.4 | $350.00 | $840.00 |
| Jacki Curry | Non-Attorney | 4.4 | $150.00 | $660.00 |
| Porcia Lewis | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Yvette Miller | Non-Attorney | 2.2 | $100.00 | $220.00 |
| | | | **Total** | **$2,253.34** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4827 | 07/01/2023 | $2,253.34 | $0.00 | $2,253.34 |
| | | | **Outstanding Balance** | **$2,253.34** |
| | | | **Total Amount Outstanding** | **$2,253.34** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5412
Date: 10/05/2023
Due On: 11/04/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rhonda Charlene Ashley
2517 Upper Dr
Pearl, MS 39208

## 04796-Ashley Rhonda Charlene

## Ch 13 hourly - Rhonda

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 06/01/2023 | Reviewed memo from TR attaching edits to billing itemization; drafted invoice and fee application; drafted memo to TR to review | 0.20 | $150.00 | $30.00 |
| Service | TR | 06/01/2023 | Review and approve application for compensation drafted by JC | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/01/2023 | Review: Proof of Claim 23-01003-JAW Ally Bank Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/01/2023 | Review: Proof of Claim 23-01003-JAW Conn Appliances, Inc. Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/02/2023 | Draft Objection to POC | 0.30 | $350.00 | $105.00 |
| Service | JC | 06/05/2023 | Reviewed memo from TR approving Notice with Application and approving Order and Invoice; redrafted same to appropriate documents for filing; uploaded the Notice with Application for Compensation along with Invoice as Exhibit A to COS | 0.20 | $150.00 | $30.00 |
| Expense | BI | 06/05/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $89.46 | $89.46 |
| Service | JC | 06/07/2023 | Reviewed Declaration of Mailing from COS and filed with 21 Day Notice and filed Application for Compensation with Invoice and Proposed Order attached | 0.20 | $150.00 | $30.00 |
| Service | TR | 06/16/2023 | Review: Proof of Claim 23-01003-JAW NPRTO South-East, LLC Document # 10 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/20/2023 | Review docket to see if an objection to confirmation was filed | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/26/2023 | Review claims register and compare to plan to determine if additional claims needed - Bridgecrest and Illinois not filed. | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/01/2023 | Review: 23-01003-JAW Order on Application for Compensation Document #25 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/01/2023 | Review: Proof of Claim 23-01003-JAW LVNV Funding, LLC Document # 11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/06/2023 | Review: Proof of Claim 23-01003-JAW Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi Document # 12 | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/06/2023 | Review: Proof of Claim 23-01003-JAW Portfolio Recovery Associates, LLC Document # 13 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/07/2023 | Review: 23-01003-JAW Order Regarding Objection to Claim Document #27 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/07/2023 | Review claims register and compare to the Plan to determine if we need to file additional claims - Illinois has not filed a claim - will recheck on gov't claim bar date | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/10/2023 | Reviewed text message from debtor inquiring about invoice received in the mail and to find out if case finalized yet; replied invoices for her records and case not yet confirmed | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/14/2023 | Review: 23-01003-JAW Order Confirming Chapter 13 Plan Document #29 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/05/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 1.9 | $350.00 | $665.00 |
| Jacki Curry | Non-Attorney | 0.7 | $150.00 | $105.00 |
| | | | **Total** | **$859.46** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4827 | 07/01/2023 | $2,253.34 | $0.00 | $2,253.34 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5412 | 11/04/2023 | $859.46 | $0.00 | $859.46 |
| | | | **Outstanding Balance** | **$3,112.80** |
| | | | **Total Amount Outstanding** | **$3,112.80** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5937
Date: 02/06/2024
Due On: 03/07/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rhonda Charlene Ashley
2517 Upper Dr
Pearl, MS 39208

## 04796-Ashley Rhonda Charlene

## Ch 13 hourly - Rhonda

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 10/05/2023 | Draft Fee App | 0.30 | $350.00 | $105.00 |
| Service | TR | 10/05/2023 | Review: 23-01003-JAW Order on Application for Compensation Document #33 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/07/2023 | Telephone call w/ client to discuss Illinois tax claim not filed - investigated file - it should have been Indiana - client says not to worry about it as she is confident the debt to Indiana is paid - she also wanted to discuss the process if she wants to modify to surrender and incur for a car | 0.20 | $350.00 | $70.00 |
| Service | JC | 11/29/2023 | Reviewed e-mail from debtor with attached screenshot from Hart & Associates regarding Rankin County Medical; reviewed Matrix, trustee's site, and credit report; Rankin County Medical is not listed; drafted e-mail to debtor informing it is not included and what we need for adding it to her bankruptcy. | 0.20 | $150.00 | $30.00 |
| Service | JC | 12/08/2023 | Drafted Amended Schedule/Matrix adding Rankin Medical Center debt; drafted memo to JAC for her review and approval. | 0.30 | $150.00 | $45.00 |
| Service | JAC | 12/11/2023 | Review and approve amended schedule F drafted by JC to add debt | 0.20 | $350.00 | $70.00 |
| Service | JC | 12/12/2023 | Drafted e-mail via Clio e-sign to obtain debtor's signature on Amended Schedule F | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | adding Rankin Medical Center. | | | |
| Service | JC | 12/13/2023 | Drafted follow-up text message to debtor to obtain her signature on Amended Schedule F adding Rankin Medical Center. | 0.10 | $150.00 | $15.00 |
| Service | JC | 12/14/2023 | Reviewed Amended Schedule E/F executed by debtor received via e-mail from Clio e-sign; redrafted through Citrix and prepared for filing with the Court; drafted Notice of Amendment; reviewed Meeting of Creditors and Plan to attach to Notice and prepared for filing with the Court; prepared Notice with attachments and envelope for mailing to creditor. | 0.50 | $150.00 | $75.00 |
| Expense | JC | 12/14/2023 | Postage: Notice of Amendment to Rankin Medical. | 1.00 | $0.63 | $0.63 |
| Service | TR | 02/06/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.2 | $350.00 | $70.00 |
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 0.6 | $350.00 | $210.00 |
| Jacki Curry | Non-Attorney | 1.2 | $150.00 | $180.00 |
| | | | **Total** | **$496.63** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4827 | 07/01/2023 | $2,253.34 | $0.00 | $2,253.34 |
| 5412 | 11/04/2023 | $859.46 | $0.00 | $859.46 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5937 | 03/07/2024 | $496.63 | $0.00 | $496.63 |
| | | | **Outstanding Balance** | **$3,609.43** |

Invoice # 5937 - 02/06/2024

**Total Amount Outstanding** **$3,609.43**

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.