# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In RE:**

RHONDA CHARLENE ASHLEY

**Chapter:**  13

**Claim Number:** 12

**Case Number:** 23-01003

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Carvana, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only          [√] Payment only          [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

P.O. Box 4138

Houston, TX 77210

TO:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

PO Box 661384

Dallas,TX 75266-1384

Date:  08/11/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Carvana, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

        **Chapter:**  13

    RHONDA CHARLENE ASHLEY

        **Case Number:** 23-01003

**Debtor(s)**

**Certificate of Service**

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:


Via CM / ECF / NEF


Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
TORRI PARKER MARTIN
TPM@TPMARTINCH13.COM


/s/ Rohan Pardeshi
_____

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com