**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rhonda Charlene Ashley, Debtor** **Case No. 23-01003-JAW**
**CHAPTER 13**

**ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7**

On the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 7 (Dk # ___) filed by the Debtor, the Court having considered same, finds that that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

**## END OF ORDER ##**

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533