United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01003-JAW
Rhonda Charlene Ashley Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Sep 30, 2026 Form ID: 309A Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rhonda Charlene Ashley, 2517 Upper Dr, Pearl, MS 39208-6034 |
| 5225064 | + | Capital Orthopedic, 106 Highland Way, #102, Madison, MS 39110-6933 |
| 5225073 | + | IL Dept of Revenue, 9511 Harrison St, Des Plaines, IL 60016-1563 |
| 5227176 | | MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 5225077 | + | MS Sports Medicine, P.O. Drawer 16870, Jackson, MS 39236-6870 |
| 5225074 | + | Merit Health River Oak, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 5225083 | + | Progressive Leasing, 249 N Pearson Rd, Pearl, MS 39208-4429 |
| 5312751 | + | RANKIN MEDICAL CENTER, 350 CROSSGATES BLVD, BRANDON, MS 39042-2698 |
| 5225086 | + | River Oaks Hospital, 1030 River Oaks Dr, Flowood, MS 39232-9729 |
| 5225087 | | Stokes & Clinton, P.O. Box 991801, Mobile, AL 36691-8801 |
| 5225090 | + | Wakefield & Assoc, P.O. Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Sep 30 2026 19:57:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | Email/Text: trustee@hrkcpa.com | Sep 30 2026 19:58:00 | Stephen Smith, 1052 Highland Colony Pkwy, Suite 100, Ridgeland, MS 39157-8764 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Sep 30 2026 19:58:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | + | EDI: AISACG.COM | Sep 30 2026 23:55:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Sep 30 2026 23:55:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2026 19:57:25 | Resurgent Capital Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5225059 | | EDI: ATTWIREBK.COM | Sep 30 2026 23:55:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5237773 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2026 19:57:26 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5225060 | ^ | MEBN | Sep 30 2026 19:53:24 | Balance Credit, P.O. Box 4356, Dept 1557, Houston, TX 77210-4356 |
| 5225061 | + | Email/Text: bankruptcies@banfield.net | Sep 30 2026 19:58:00 | Banfield Pet Hospital, 18101 SE 6th Way, Vancouver, WA 98683-7509 |
| 5225062 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 30 2026 19:58:00 | Bridgecrest Acceptance, 7300 E Hampton Ave, |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 100, Mesa, AZ 85209-3324 |
| 5225065 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 30 2026 19:58:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 5235797 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2026 19:57:28 | CREDIT ONE, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 5225063 | + | EDI: CAPITALONE.COM | Sep 30 2026 23:55:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5233560 | + | EDI: AIS.COM | Sep 30 2026 23:55:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5250150 | + | EDI: AISACG.COM | Sep 30 2026 23:55:00 | Carvana, LLC, Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5225066 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 30 2026 19:58:00 | Chime/Stride Bank, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5225067 | + | EDI: CITICORP | Sep 30 2026 23:55:00 | Citibank, Po Box 790034, St Louis, MO 63179-0034 |
| 5225068 | + | EDI: COMCASTCBLCENT | Sep 30 2026 23:55:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 5236423 | | EDI: JEFFERSONCAP | Sep 30 2026 23:55:00 | Conn Appliances, Inc. d/b/a Conn's HomePlus, Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5225069 | + | Email/Text: bankruptcynotices@conns.com | Sep 30 2026 19:57:00 | Conn's HomePlus, 2445 Technology Forest, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 5225070 | + | EDI: CONVERGENT.COM | Sep 30 2026 23:55:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 5225071 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2026 19:57:00 | Credit Acceptance Corporation, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5651962 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 30 2026 19:58:00 | ECMC, PO Box 16408, St. Paul MN 55116-0408 |
| 5225072 | + | EDI: LCIICSYSTEM | Sep 30 2026 23:55:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5248983 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2026 19:57:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5234545 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2026 19:57:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5225076 | | Email/Text: ml-ebn@missionlane.com | Sep 30 2026 19:57:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5227176 | | Email/Text: bankruptcy.account@revcosolutions.com | Sep 30 2026 19:58:00 | MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 5225075 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2026 19:57:26 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5242332 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 30 2026 19:58:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 5225078 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 30 2026 19:58:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5231008 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 30 2026 19:58:00 | Nelnet obo Ascendium Education Solutions, Inc., Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 5225079 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2026 19:57:26 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |

| | | | | |
|---|---|---|---|---|
| 5225080 | + | EDI: AGFINANCE.COM | Sep 30 2026 23:55:00 | One Main, PO Box 499, Hanover, MD 21076-0499 |
| 5250778 | | EDI: PRA.COM | Sep 30 2026 23:55:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5225081 | + | Email/Text: bkrnotice@prgmail.com | Sep 30 2026 19:58:00 | Paragon Revenue Group, Attn: Bankruptcy, Po Box 127, Concord, NC 28026-0127 |
| 5225082 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 30 2026 19:57:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 5225084 | ^ | MEBN | Sep 30 2026 19:53:43 | Recivable Management, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 5225085 | + | Email/Text: Hannah.durham@renasant.com | Sep 30 2026 19:58:00 | Renasant Bank, Attn: Bankruptcy, P.O. Box 4140, Tupelo, MS 38803-4140 |
| 5429681 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2026 19:57:30 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5225088 | + | Email/Text: bankruptcy@braviant.com | Sep 30 2026 19:58:00 | Sunupfin, P. O. Box 4356, Dept # 1557, Houston, TX 77210-4356 |
| 5225089 | | Email/Text: bankruptcycourt@towerloan.com | Sep 30 2026 19:58:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5225090 | + | Email/Text: bankruptcy.account@revcosolutions.com | Sep 30 2026 19:58:00 | Wakefield & Assoc, P.O. Box 50250, Knoxville, TN 37950-0250 |
| 5225091 | + | EDI: WFHOME | Sep 30 2026 23:55:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline

## United States Bankruptcy Court Southern District of Mississippi

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Rhonda Charlene Ashley** (First Name Middle Name Last Name) | Social Security number or ITIN | **xxx-xx-7190** |
| | | EIN | _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi | | Date case filed in chapter **13** | **4/26/23** |
| Case number: **23-01003-JAW** | | Date case converted to chapter **7** | **9/30/26** |

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Rhonda Charlene Ashley | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 2517 Upper Dr<br>Pearl, MS 39208 | |
| **4.** | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601-500-5533<br>Email trollins@therollinsfirm.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Stephen Smith<br>1052 Highland Colony Pkwy<br>Suite 100<br>Ridgeland, MS 39157 | Contact phone 601-605-0722<br>Email trustee@hrkcpa.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 9/30/26** |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 6, 2026 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Stephen Smith**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 403 113 1551 and Passcode 2220976269 , OR call 769–215–6920.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/5/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |