0040-2H-EPIEXX-00428962-374564

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: RHONDA CHARLENE ASHLEY — Case No.: 23-01003- JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Torri Parker Martin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/26/2023.
2) The plan was confirmed on 07/11/2023.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 09/30/2026.
6) Number of months from filing or conversion to last payment: 41.
7) Number of months case was pending: 42.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 42,149.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | | | |
|---|---|---|---|
| Total paid by or on behalf of the debtor: | $45,603.50 | | |
| Less amount refunded to debtor: | $6.46 | | |
| **NET RECEIPTS:** | | $45,597.04 | |

**Expenses of Administration:**

| | | | |
|---|---|---|---|
| Attorney's Fees Paid Through The Plan: | | $3,371.66 | |
| Court Costs: | | $.00 | |
| Trustee Expenses and Compensation: | | $3,487.56 | |
| Other: | | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | | $6,859.22 |
| Attorney fees paid and disclosed by debtor: | $.00 | | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AT&T | Unsecured | 431.88 | NA | NA | .00 | .00 |
| AT&T | Unsecured | 1,186.78 | NA | NA | .00 | .00 |
| BALANCE CREDIT | Unsecured | 2,000.00 | NA | NA | .00 | .00 |
| BANFIELD PET HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| BRIDGECREST CREDIT COMPANY, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| CAF/CARMAX AUTO FINANCE | Unsecured | 3,028.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 4,394.00 | 4,384.38 | 4,384.38 | 2,741.30 | .00 |
| CAPITAL ONE BANK | Unsecured | 407.00 | 407.06 | 407.06 | 254.31 | .00 |
| CAPITAL ORTHOPAEDIC | Unsecured | 870.50 | NA | NA | .00 | .00 |
| CARVANA, LLC/ BRIDGECREST C/O | Secured | 21,124.00 | 20,718.89 | 20,718.89 | 13,282.66 | 3,169.24 |
| CHIME \ STRIDE BANK NA | Secured | 554.00 | NA | NA | .00 | .00 |
| COMCAST | Unsecured | 1,124.00 | NA | NA | .00 | .00 |
| CONN'S | Unsecured | 4,177.00 | 4,177.86 | .00 | .00 | .00 |

0040-2H-EPIEXX-00428962-374564

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: RHONDA CHARLENE ASHLEY

Case No.: 23-01003- JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CONVERGENT | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 1,997.00 | 2,203.91 | 2,203.91 | 1,377.96 | .00 |
| ECMC | Unsecured | 18,802.00 | 22,951.54 | 22,951.54 | 14,351.04 | .00 |
| IC SYSTEM | Unsecured | 255.00 | NA | NA | .00 | .00 |
| IC SYSTEM | Unsecured | 175.00 | NA | NA | .00 | .00 |
| IC SYSTEM | Unsecured | 155.00 | NA | NA | .00 | .00 |
| IL DEPT OF REVENUE | Priority | 870.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC ASSIGNEE | Unsecured | 75.00 | 284.02 | 284.02 | 176.57 | .00 |
| MERIT HEALTH | Unsecured | NA | NA | NA | .00 | .00 |
| MERRICK BANK | Unsecured | 3,675.00 | 3,675.16 | 3,675.16 | 2,297.86 | .00 |
| MISSION LANE LLC | Unsecured | 374.00 | NA | NA | .00 | .00 |
| MISSISSIPPI SPORTS MEDICINE AND | Unsecured | 940.00 | 940.50 | 940.50 | 588.13 | .00 |
| NELNET | Unsecured | 4,051.00 | NA | NA | .00 | .00 |
| OLLO CARD SERVICES | Unsecured | 197.00 | NA | NA | .00 | .00 |
| ONE MAIN | Unsecured | 8,996.00 | NA | NA | .00 | .00 |
| PARAGON REVENUE GROUP | Unsecured | 2,778.00 | NA | NA | .00 | .00 |
| PARAGON REVENUE GROUP | Unsecured | 2,628.00 | NA | NA | .00 | .00 |
| PARAGON REVENUE GROUP | Unsecured | 2,051.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 401.00 | 508.12 | 508.12 | 317.70 | .00 |
| PROGRESSIVE INS. | Unsecured | NA | NA | NA | .00 | .00 |
| PROGRESSIVE LEASING | Unsecured | NA | NA | NA | .00 | .00 |
| PROGRESSIVE LEASING, LLC | Unsecured | NA | 2,409.56 | .00 | .00 | .00 |
| RANKIN MEDICAL | Unsecured | 2,164.00 | NA | NA | .00 | .00 |
| RECEIVABLE MANAGEMENT SERVICE | Unsecured | 298.00 | NA | NA | .00 | .00 |
| RENASANT BANK | Secured | 36,576.00 | 35,164.47 | 9,999,999.99 | .00 | .00 |
| RESURGENT RECEIVABLES LLC | Unsecured | NA | 291.23 | 291.23 | 181.05 | .00 |
| RIVER OAK HOSPITAL | Unsecured | 10,116.39 | NA | NA | .00 | .00 |
| STOKES & CLINTON | Unsecured | NA | NA | NA | .00 | .00 |
| SUNUPFIN | Unsecured | 1,471.00 | NA | NA | .00 | .00 |
| TOWER LOAN | Secured | 6,189.00 | NA | NA | .00 | .00 |
| WAKEFIELD & ASSOC. | Unsecured | NA | NA | NA | .00 | .00 |
| WAKEFIELD & ASSOC. | Unsecured | NA | NA | NA | .00 | .00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 728.00 | NA | NA | .00 | .00 |

0040-2H-EPIEXX-00428962-374564

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: RHONDA CHARLENE ASHLEY — Case No.: 23-01003- JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 9,999,999.99 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 20,718.89 | 13,282.66 | 3,169.24 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,020,718.88 | 13,282.66 | 3,169.24 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 35,645.92 | 22,285.92 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $6,859.22 | |
| Disbursements to Creditors: | $38,737.82 | |
| **TOTAL DISBURSEMENTS:** | | $45,597.04 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 10/30/2026

By: /s/Torri Parker Martin
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.