**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**
**11/06/2026**

**IN RE:** **CASE NUMBER: 23-01003-JAW**

**ASHLEY, RHONDA CHARLENE**

APPEARANCES:

(X) DEBTOR 1
(X) Required picture I.D. produced
(X) Required SSN verification produced
(X) Pay advices received

( ) DEBTOR 2 (Wife in Joint Cases)
( ) Required picture I.D. produced
( ) Required SSN verification produced
( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for 2024 + 2025 (years) on ______________ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE ______________
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute: Perry Littlefield
( ) DEBTOR(S) APPEARED PRO SE
( ) YES (NO) – If Pro Se, did anyone assist with preparation?
( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF ______________, 20____ AT ____________ O'CLOCK __.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) ______________

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule ______________
( ) OTHER: ______________

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: ______________

ADDITIONAL: NOTES: ______________

DATED: 11/06/2026

[signature]
STEPHEN SMITH, TRUSTEE

Track # 060 or Tape # __________, Side __________ Counter Start# ______________