Certificate Number: 16339-MSS-DE-041678064

Bankruptcy Case Number: 23-01003

16339-MSS-DE-041678064

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 15, 2026, at 8:59 o'clock AM EST, Rhonda C Ashley completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 15, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor